EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: Agency(ies) Charge No(s):

☐ FEPA

☒ EEOC 473-2019-01768

**Missouri Commission On Human Rights** and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Mrs. Lytishia L. Jones** | | 1981 |

Street Address / City, State and ZIP Code

**[withheld due to safety concerns]**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **LEADEC** | **Unknown** | **(636) 395-2174** |

Street Address / City, State and ZIP Code

**1500 Route A, Wentzville, MO 63385**

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN

☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION

☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE

| Earliest | Latest |
|---|---|
| **08-30-2016** | **09/13/2019** |

☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I am a female African-American individual who has participated in numerous protected activities by complaining of sexual harassment and retaliation and participating in investigations of sexual harassment. I have worked since 2016 performing janitorial services at General Motors (GM), through Eurest Services and now Respondent Leadec. I have always had very good job performance.

Ron Moore is a labor relations representative at GM. Both of his daughters work for GM and his son-in-law, Deangelo Pressberry, worked for Leadec during most of the time I've been there. My onsite supervisors through Leadec are Candace, Marla and another person. For a long time, Cheryl was the head of human resources (HR) for Leadec, but she recently left and Valerie became the new head of HR for Leadec. .

I am part of a bargaining unit that is represented by UAW Local 2250 (UAW). Pressberry is the official Chairperson for UAW, with Jackson and Coyer reporting to him as committee persons. All three have recently been fired. Acting committee persons are Sharita Thompson and McNutt.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

10-3-19 [signature]

*Date* *Charging Party Signature*

NOTARY – *When necessary for State and Local Agency Requirements*

SHERRIE A. HALL
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis County
My Commission Expires: February 27, 2020
Commission Number: 12308211

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

[signature]

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)*

[signature] 10/3/19

EXHIBIT 3

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA<br>[X] EEOC | 473-2019-01768 |

**Missouri Commission On Human Rights** and EEOC

*State or local Agency, if any*

1) Pressberry is married to one of Ron Moore's daughters who works for GM. As a result, despite Pressberry working for Leadec, Mr. Moore of GM has repeatedly gotten Pressberry taken off suspension and/or brought back despite his long history of, and GM's knowledge of, egregious sexual harassment;
2) For example, Pressberry and his committeepersons have engaged in pressuring new employees and union members to perform sexual favors for them in order to receive union protection. They have constantly verbally sexually harassed female coworkers (including myself), and, in fact, allegedly raped an employee in GM's locker room;
3) Again, GM was aware of this behavior, but did nothing and denied it for years, allowing retaliation to occur and further sexual harassment. Multiple employees and union members complained, and still do, and continue to be retaliated against by discipline and further harassment;
4) Finally, in possession of numerous signed statements of employees alleging that Pressberry, Jackson and Coyer sexually harassed them, Leadec terminated their employment. Then, it is rumored, someone stole the investigative file from Leadec and gave it to Pressberry, Jackson and Coyer, releasing vital and private information of participants in the investigation. These three men have grieved their discharges, and they believe they will be reinstated through arbitration, in which case, I and the others will experienice even greater retaliation than we are currently undergoing;
5) During the investigation, Moore approached me and asked if I knew anything about it. I told him to leave me alone. He told me everyone in housekeeping is crazy and that Pressberry (his son-in-law) was innocent. Pressberry's wife's sister calls all of us who participated in the investigation "lying fucking hoes." His wife and sister-in-law have both tried to run me down at the plant with the GM carts they drive. They also tried to get me fired by falsely reporting to GM and Leadec that I was using my cell phone while driving a fork lift;
6) Thompson and McNutt are friends with Pressberry, Jackson and Coyer and they have continued to refuse to represent any of us who participated in the sexual harassment investigation. Supervisor Candace is also friends with Pressberry and has written me up in retaliation for my participation in the investigation.
7) Pressberry is so powerful that co-workers are constantly retaliating against those of us who participated in the investigation by calling us names, bumping into us, etc. Someone keyed "bitch" onto the hood of my car. I also can't get overtime, which goes to Pressberry's cronies.
8) Since his discharge, Pressberry has stalked me, following my car and the car of at least one other participant in the investigation.
9) Supervisor Candace has called the African-American employees "animals," and has removed the cart we use to transport us and collect trash stating that she was "cracking the whip" at us, and engaged in similar behavior in the past.

I have been sexually harassed, racially discriminated against and retaliated against in violation of Title VII of the Civil Rights Act of 1964, as amended, and the Missouri Human Rights Act, as amended. As a result of this harassment, discrimination and retaliation, I have suffered lost wages and substantial physical injury and emotional distress, I fear for my physical safety and the physical safety of my family.

SHERRIE A. HALL
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis County
My Commission Expires: February 27, 2020
Commission Number: 12308211

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – *When necessary for State and Local Agency Requirements*

I declare under penalty of perjury that the above is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

[signature]

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*)

[signature] 10/3/19

10-3-2019 [signature]

*Date* *Charging Party Signature*

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**St. Louis District Office**

Robert A. Young Building
1222 Spruce Street, Room 8.100
St. Louis, MO 63103
(314) 539-7800
TTY (314) 539-7803
FAX (314) 539-7893

Charge Number 473-2019-01768

Lytishia Jones
2325 Patterson Road
Florissant, MO 63031

Charging Party

vs.

Leadec Services
9395 Kenwood Road
Cincinnati, OH 45242

Respondent

## DETERMINATION

Under the authority vested in me by the Commission, I issue the following determination as to the merits of the subject charges filed under Title VII of the Civil Rights Act of 1964, as amended (Title VII). All requirements for coverage have been met.

Charging Party alleges that from at least September 27, 2017, through at least January 30, 2019, she and other female employees employed by Leadec at the General Motors facility in Wentzville, Missouri were subjected to sexual harassment in the form of unwelcome physical and sexual advances, comments of a sexual nature, and a sexually tainted environment by DeAngelo Presberry, a Leadec employee. Charging Party alleges that after she and other female employees complained of sexual harassment to Respondent on January 18, 2019, she and the other female employees were retaliated against when they were harassed and intimidated by DeAngelo Presberry, Nick Jackson, Robert Colyer, and other Leadec employees until at least September 13, 2019. Charging Party also alleges that she was harassed and retaliated against because of her race, African-American.

Based upon the Commission's investigation, the EEOC has determined that the evidence found during the investigation does not establish a violation of the Title VII, relative to the basis of race. This does not certify that Respondent is in compliance with the statute regarding this basis.

Respondent contends that all acts of harassment that occurred between December 7, 2018, and April 6, 2019, are untimely. Respondent also contends that it cannot be held responsible for Presberry's conduct because Charging Party did not report it to Respondent until on or about January 18, 2019. Respondent insists that it then took prompt and effective action to end

Presberry's misconduct when it terminated him on January 30, 2019, for sexual harassment and intimidation in violation of company policies. Respondent admits that Presberry violated its sexual harassment policy by engaging in sexually inappropriate behavior and comments to co-workers. Respondent also admits that Presberry intimidated co-workers. Additionally, Respondent admits that Nick Jackson and Robert Colyer engaged in harassing, intimidating and retaliatory conduct against CP and other female employees resulting in their termination as well.

The investigation established Charging Party was subjected to unwelcome sexual advances, as well as other verbal and physical conduct of a sexual nature by a Leadec employee, DeAngelo Presberry, from at least September 27, 2017, through at least January 30, 2019. The investigation also established that the pattern of sexual harassment was severe and pervasive, and created an intimidating, hostile, and offensive work environment. The investigation also established Respondent became aware of DeAngelo Presberry's harassing behavior in 2017 when Leadec employees reported the behavior to Leadec Managers and again in 2018 when Leadec employees reported to Leadec Managers that DeAngelo Presberry and other male Leadec employees were engaging in the sexual harassment of female Leadec employees, and involved in the sexual assault of a female Leadec employee on GM premises, but failed to take prompt and effective action to cease the behavior in the workplace. Additionally, the investigation established that after Charging Party complained of sexual harassment in January of 2019, she was harassed and intimidated by Leadec employees, DeAngelo Presberry, Nick Jackson, and Robert Colyer, in retaliation for having participated in protected activity. The investigation confirmed that Respondent was aware of the harassment and other retaliatory actions but failed to take prompt and appropriate corrective action to cease the behavior in the workplace.

I have therefore determined there is reasonable cause to believe that Respondent violated Title VII of the Civil Rights Act of 1964 (Title VII) when it subjected Charging Party to sexual harassment and retaliated against Charging Party when it subjected her to harassment and intimidation after participating in protected activity.

The investigation also established that from at least September 27, 2017, through at least January 30, 2019, Respondent subjected a class of female employees (Class Members) to unwelcome sexual advances, as well as other verbal and physical conduct of a sexual nature by other male Leadec employees. The investigation also established that the harassment explicitly and implicitly affected Class Member's employment, unreasonably interfered with Class Member's work performance, and created an intimidating, hostile, and offensive work environment. Additionally, the evidence shows that after Class Members complained of sexual harassment, they were harassed and intimidated in retaliation for having participated in protected activity. Evidence confirms that Respondent was aware of the inappropriate conduct of a sexual nature, harassment, and other retaliatory actions, but failed to take prompt and appropriate corrective action to cease the behavior in the workplace.

Based upon the aforementioned, I have also determined there is reasonable cause to believe that from at least September 27, 2017 through at least January 30, 2019, Respondent violated Title VII of the Civil Rights Act, of 1964, as amended, when it subjected a class of female employees employed by Leadec Services at the GM facility in Wentzville, MO to sexual harassment and retaliation after participating in protected activity.

Upon finding that there is reason to believe that violations have occurred, the Commission attempts to eliminate the alleged unlawful practices by informal methods of conciliation. Therefore, the Commission now invites the parties to join with it in reaching a just resolution of this matter. The confidentiality provisions of Sections 706 and 709 of Title VII and Commission Regulations apply to information obtained during conciliation.

If Respondent declines to discuss settlement or when, for any other reason, a settlement acceptable to the Office Director is not obtained, the Director will inform the parties and advise them of the court enforcement alternatives available to aggrieved persons and the Commission. It is Commission policy to notify each aggrieved person of the right to sue for remedial relief, including recovery of back pay, compensatory damages, punitive damages, attorney fees and court costs. If you wish to participate in conciliation, please contact Catherine Welker at catherine.welker@eeoc.gov or (314) 798-1917 within seven days from the date this Determination was issued.

ON BEHALF OF THE COMMISSION:

DAVID DAVIS Digitally signed by DAVID DAVIS Date: 2023.09.13 14:41:54 -05'00'

September 13, 2023
Date

David Davis,
District Director

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**St. Louis District Office**
1222 Spruce St, Rm 8 100
St Louis, MO 63103
(314) 798-1960
Website: www.eeoc.gov

## CONCILIATION FAILURE AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 05/01/2025

**To:** Mrs. Lytishia L. Jones
2325 Patterson Road
FLORISSANT, MO 63031

Charge No: 473-2019-01768

EEOC Representative and email: REBECCA CONWAY
Lead Systemic Investigator
rebecca.conway@eeoc.gov

---

### CONCILIATION FAILURE OF CHARGE

To the person aggrieved: This notice concludes the EEOC s processing of the above-numbered charge. The EEOC found reasonable cause to believe that violations of the statute(s) occurred with respect to some or all of the matters alleged in the charge but could not obtain a settlement with the Respondent that would provide relief for you. In addition, the EEOC has decided that it will not bring suit against the Respondent at this time based on this charge and will close its file in this case. This does not mean that the EEOC is certifying that the Respondent is in compliance with the law, or that the EEOC will not sue the Respondent later or intervene later in your lawsuit if you decide to sue on your own behalf.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 473-2019-01768.

On behalf of the Commission,

Digitally signed by REBECCA CONWAY
Date: 2025.05.01 14:45:01 -04'00'

*For* David Davis
District Director

**Cc:**
Director
LEADEC SERVICES
9395 Kenwood Rd.
CINCINNATI, OH 45242

Heidi Durr
Ogletree Deakins
7700 Bonhomme Avenue Suite 650
Saint Louis, MO 63105

Sheryl A Hall
WORKERS RIGHTS LAW FIRM LLC
2258 Grissom Drive
SAINT LOUIS, MO 63146

Please retain this notice for your records.

# INFORMATION RELATED TO FILING SUIT UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court* ***under Federal law****. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

## IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

## ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to: https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

## HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a “Section 83” request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a “FOIA Request” for Charge Number 473-2019-01768 to the